EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>32K-2020-00037<br>32K-2020-00037 |
|---|---|---|

Wyoming Fair Employment Program **and EEOC**
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Bonnie L. Smith | (310) 308-2300 | 1967 |

Street Address: 1231 Chalk Road, Powell, WY 82435

RECEIVED JAN 02 2020 LABOR - CHEY

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BUFFALO BILL MEMORIAL ASSOCIATION | 201 - 500 | (307) 578-4089 |

Street Address: D/B/A Buffalo Bill Center Of The West, 720 Sheridan Avenue, Cody, WY 82414

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address:

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
[ ] RACE  [ ] COLOR  [X] SEX  [X] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-01-2018    Latest: 03-28-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**PERSONAL HARM:** I was subjected to harassment and intimidation. I was subjected to different terms and conditions of employment. I was discharged.

**RESPONDENT'S REASON FOR ADVERSE ACTION:** Complaints from others, not staying in my lane, and insubordination.

**DISCRIMINATION STATEMENT:** I believe I was discriminated against on the basis of my sex, female, my age, 52 (D.O.B. 3/31/67), my religion, Other, and retaliated against in violation of the Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended. Specifically:

1. I am a member of the protected groups, female, over the age of forty, and religion (Other);
2. I was satisfactorily performing my job;
3. I was subjected to sex, age, and religious harassment;
4. The harassment complained of affected a term, condition, or privilege or employment and was so pervasive as to alter the working conditions of employment and create an abusive working environment;
5. I was subjected to different terms and conditions of employment;
6. Other similarly situated employees outside my protected groups were not subjected to similar terms and conditions of employment in similar circumstances;

**EXHIBIT 1**

7. I engaged in protected opposition to Title VII prohibited discrimination;
8. Contemporaneous with or subsequent to my protected activity I suffered an adverse employment action;
    a. I was discharged on March 28, 2019.
9. There exists a causal connection between my protected activity and my employer's decision to take adverse employment action against me; and
10. My name may be used in the processing of this charge.



NIKKI FLOWERS   NOTARY PUBLIC
COUNTY OF PARK   STATE OF WYOMING
MY COMMISSION EXPIRES MAY 18, 2020

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br>X _Nikki Flowers_ |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>X _Bonnie Smith_ |
| 12/30/19  X _Bonnie Smith_<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>X _Nikki Flowers_  12/30/19 |