

FILED

3:45 pm, 10/28/21

**Margaret Botkins
Clerk of Court**

United States District Court
For The District of Wyoming

| | |
|---|---|
| BONNIE SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>BUFFALO BILL MEMORIAL ASSOCIATION, KELLY JENSEN, PETER SEIBERT, REBECCA WEST, COREY ANCO, NATHAN HORTON, and MELISSA HILL<br><br>        Defendants. | Civil No. 21-CV-92-F |

## JUDGMENT IN A CIVIL ACTION

The Court having granted Defendants Buffalo Bill memorial Association, Kelly Jensen, Peter Seibert, Rebecca West, Corey Anco, Nathan Horton, and Melissa Hill's Motion to Dismiss on Plaintiff, Bonnie Smith's, claims on October 28, 2021; and the Court having ordered that all federal claims be dismissed with prejudice and all state law claims be dismissed without prejudice.

Plaintiff, Bonnie Smith, shall take nothing and Defendants, Buffalo Bill Memorial Association, Kelley Jensen, Peter Seibert, Rebecca West, Corey Anco, Nathan Horton and Melissa Hill are entitled to judgment in their favor on all claims asserted against them by Plaintiff.

Dated this 28th day of October, 2021.



_____
*Clerk of Court or Deputy Clerk*